# United States District Court
# For The Western District of North Carolina
# Statesville Division

ALTON ESKRIDGE,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                              5:11CV176

HICKORY SPRINGS MFG. CO.,
ET AL,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 9, 2012 Memorandum and Order.

                                                Signed: May 9, 2012

                                                Frank G. Johns, Clerk
                                                United States District Court